IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Jalisa Henderson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 24 CV 50107 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| | ) | |
| Yellow Banana, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation that this case be dismissed under Federal Rule of Civil Procedure 41(b) for want of prosecution [36]. According to the R&R, the defendant was served, but never appeared. The assigned magistrate judge gave the *pro se* plaintiff a date by which to file a motion for entry of an order of default, and advised her of the resources the Northern District of Illinois makes available to *pro se* litigants. Dkt. 29. The plaintiff missed the deadline, so the magistrate judge *sua sponte* extended it but warned that missing the deadline again would result in a Report and Recommendation that the case be dismissed for want of prosecution. Dkt. 30. The plaintiff then filed two motions for a default judgment, but the magistrate judge struck both because they failed to comply with Fed. R. Civ. P. 55. When striking the second motion, the assigned magistrate judge again advised the plaintiff about the court's resources for *pro se* litigants, directed her to this Court's standing order on the multi-step process for obtaining a default judgment, and warned that failing to file a proper motion for entry of an order of default would result in a Report and Recommendation that the case be dismissed for want of prosecution. Dkt. 34. The plaintiff filed nothing further, and the magistrate judge entered a Report and Recommendation that the case be dismissed for want of prosecution. The magistrate judge gave the plaintiff to 6/23/2025 to object, but to date she has not done so. In light of the plaintiff's failure to file a motion for entry of an order of default in compliance with Fed. R. Civ. P. 55, the magistrate judge's warnings, and the plaintiff's lack of

objection to the Report and Recommendation, the Court accepts the magistrate judge's Report and Recommendation [36] and dismisses this case under Fed. R. Civ. P. 41(b) for want of prosecution.  Civil case terminated.

Date: July 1, 2025                   _____
                                                    Iain D. Johnston
                                                    United States District Judge